

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00712-CV

Luis **BATRES** and Nelda Ojeda-Batres,
Individually and as Parents and Next Friend of Brandon Batres, Deceased,
Appellants

v.

### ALAMO CITY HARLEY DAVIDSON, INC.
a/k/a Cowboy Motorsports of San Antonio, LLC d/b/a Alamo City Harley Davidson/Buel,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15792
The Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees, Alamo City Harley Davidson, Inc. a/k/a Cowboy Motorsports of San Antonio, LLC d/b/a Alamo City Harley Davidson/Buel, recover its costs of this appeal from appellants, Luis Batres and Nelda Ojeda-Batres, individually and as parents and next friend of Brandon Batres, deceased.

SIGNED January 17, 2018.

_____
Rebeca C. Martinez, Justice